IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:10-00232 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| TIMOTHY JACKSON, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

Based upon the Defendant's escape status, the Defendant's motions (Docket Entry Nos. 60, 62, 64, 66, 68, 70, 71, 72, 96, 99 and 113) are **DENIED without prejudice** to renew upon the Defendant's return to custody.

It is so **ORDERED**.

ENTERED this the ___15th___ day of May, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge